**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6315**

_____

MARLON CANADY,

> Plaintiff - Appellant,

> v.

J. BOSTIC, Correctional Officer at Keen Mountain Correctional Center; W. BARBETTO, K-9 handler Keen Mountain Correctional Center; E. WHITED, Registered Nurse R CB-Keen Mountain Correctional Center,

> Defendants - Appellees,

> and

M. HODGES, Correctional Officer at Keen Mountain Correctional Center; UNKNOWN,

> Defendants.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Thomas T. Cullen, District Judge. (7:17-cv-00464-TTC-PMS)

_____

Submitted: March 19, 2024                    Decided: May 13, 2024

_____

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Marlon Canady, Appellant Pro Se.  Nathan Henry Schnetzler, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellee E. Whited.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marlon Canady, a Virginia inmate, commenced this 42 U.S.C. § 1983 action alleging claims of excessive force and deliberate indifference to serious medical needs. The case proceeded to trial, where a jury returned a verdict in favor of Appellees. Canady now appeals, challenging several of the district court's rulings.

Having carefully reviewed the record and the arguments on appeal, we discern no reversible error. Accordingly, we deny Canady's motion for appointment of counsel and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*